UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROL L. ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:14-cv-01544 |
| | ) JUDGE CRENSHAW |
| NANCY BERRYHILL,[1] | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court vacates the referral to the Magistrate Judge (Doc. No. 3), Carol L. Allen's Motion for Judgment on the Administrative Record (Docket No. 12) is **GRANTED** and the case is **REVERSED AND REMANDED** pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum Opinion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Nancy Berryhill became Acting Commissioner for the Social Security Administration on January 23, 2017.